```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID L. GONZALEZ,              )  NO. CV 08-3033-GPS(E)
                                    )
12               Plaintiff,         )
                                    )
13       v.                         )  ORDER ADOPTING FINDINGS,
                                    )
14  CITIES OF BURBANK, et al.,      )  CONCLUSIONS AND RECOMMENDATIONS
                                    )
15               Defendants.        )  OF UNITED STATES MAGISTRATE JUDGE
    _____)
16
17       IT IS ORDERED that: (1) the Report and Recommendation of the
18  Magistrate Judge is approved and adopted; and (2) Judgment shall be
19  entered dismissing the action without prejudice.
20
21       IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
22  of this Order and the Judgment of this date on Plaintiff.
23
24            DATED: __October 5, 2008.
25
26
                                       *GEORGE P. SCHIAVELLI*
27                                     _____
                                            GEORGE P. SCHIAVELLI
28                                       UNITED STATES DISTRICT JUDGE
```