**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID L. GONZALEZ, ) | NO. CV 08-3033-GPS(E) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CITIES OF BURBANK, et al., ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _October 5, 2008.

GEORGE P. SCHIAVELLI
_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE